# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA**

**v.**

**SANDRA SING**

**Criminal Action No.
5:01-CR-417 (FJS)**

**Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Indictment No. <u>5:01-CR-417</u> against Sandra Sing, the defendant.

The reason(s) for this dismissal are (check one or more):

___ Case transferred to another District

___ Speedy Trial Act

___ Defendant's cooperation

___ Insufficient evidence at this time

_X_ Other: <u>Defendant fled country years ago. Evidence now stale.</u>

With respect to this dismissal, defendant (check one):

___ Consents

___ Objects

_X_ Has not been consulted

This dismissal is without prejudice.

GLENN T. SUDDABY
United States Attorney

By:   Craig C. Benedict
      Assistant U.S. Attorney
      Bar Roll No. 101130

Leave of court is granted for the filing of the foregoing dismissal.

Dated:   February _5_, 2008               _____
         Syracuse, New York       Hon. Frederick J. Scullin, Jr.
                                  United States District Court Judge

2